■ LANDSTROM GRAVEL COMPANY, INC., Appellant, v COUNTY OF TOMPKINS, Respondent.—Levine, J. Appeal from an order of the Supreme Court (Rose, J.), entered February 6, 1989 in Tompkins County, which, *inter alia,* granted defendant's cross motion for summary judgment and made a declaration in its favor.

Order affirmed, with costs, upon the opinion of Justice Robert S. Rose. Mahoney, P. J., Weiss, Mikoll, Levine and Mercure, JJ., concur.